| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Dunne, Dunne & Cohen, LLC<br>F.R. "Chip" Dunne, III, Esq.<br>683 Kearny, NJ 07032<br>(201) 998-2727 phone<br>(201) 997-4860 fax | |
| In Re:<br>Steven Alan Rosencrantz | Case No.: 16-30509-JKS<br>*[Enter the case number]*<br><br>Chapter: 7<br>*[Enter the chapter; example: 13]*<br><br>Judge: Judge Sherwood<br>*[Enter the Judge's last name]* |

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, F.R. "Chip" Dunne, III, Esq., am the attorney for debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of the debtor's schedules. I am fully familiar with this case, and certify as follows:

1. I filed for bankruptcy on: <u>October 27, 2016</u>.

2. When I filed my petition, I did not file all the documents required to be filed under chapter 7 of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed*. According, to the *Notice*, I must file the balance of my schedules by <u>November 10, 2016</u>.

4. I ☐ have, ☒ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: <u>I was unable to meet with my client in order to obtain the required information but am scheduled to meet with him by the end of this week. I respectfully request a two week extension of time in order to complete and file the required documents.</u>

I certify under penalty of perjury that the foregoing statements are true.

Date: 11/15/16

_____
Signature of Debtor's Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Dunne, Dunne & Cohen, LLC
F.R. "Chip" Dunne, III, Esq.
683 Kearny, NJ 07032
(201) 998-2727 phone
(201) 997-4860 fax

In Re:
Steven Alan Rosencrantz

Case No.: 16-30509-JKS
[Enter the case number]

Chapter: 7
[Enter the chapter; example: 13]

Judge: Judge Sherwood
[Enter the Judge's last name]

## CERTIFICATION OF SERVICE

1. I, F.R. Chip Dunne, III, am the Debtor's attorney in this case.

2. On November 15, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Pace a check next to each document you served]*

   ☒ Application to Extend Time to File Missing Documents

   ☐ Proposed Order Extending Time to File Missing Documents

   ☐ Other _____
   *[Specify the additional document(s) served]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: 11/15/16
[Enter the date you signed this document]

Signature [Of the person who served the documents]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054 | Attorneys for Creditor HSBC Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other _EMAIL_<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Dunne, Dunne & Cohen, LLC<br>F.R. "Chip" Dunne, III, Esq.<br>683 Kearny, NJ 07032<br>(201) 998-2727 phone<br>(201) 997-4860 fax | |
| In Re:<br>*Steven Alan Rosencrantz* | Case No.: 16-30509-JKS<br>*[Enter the case number]*<br><br>Chapter: 7<br>*[Enter the chapter; example: 13]*<br><br>Judge: Judge Sherwood<br>*[Enter the Judge's last name]* |

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☐ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than _____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*