UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Dunne, Dunne & Cohen, LLC*
*F.R. "Chip" Dunne, III, Esq.*
*683 Kearny, NJ 07032*
*(201) 998-2727 phone*
*(201) 997-4860 fax*

**Order Filed on November 23, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
*Steven Alan Rosencrantz*

Case No.:      16-30509-JKS
              *[Enter the case number]*

Chapter:        7
              *[Enter the chapter; example: 13]*

Judge:         Judge Sherwood
              *[Enter the Judge's last name]*

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: November 23, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ___11/30/16___. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.