Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  16−30509−JKS
                               Chapter:  7
                               Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Alan Rosencrantz
   133 Arrowgate Dr.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−9117

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/6/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 6, 2016
JJW: smz

                                                                  James J. Waldron
                                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 16-30509-JKS
Steven Alan Rosencrantz                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Dec 06, 2016
                               Form ID: 148                 Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2016.
db             +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty            +Chip Dunne,   Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022
cr             +Arrowgate at Randolph Condominium Association, Inc,    c/o Griffin Alexander, P.C.,
                 415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2016 22:26:26      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2016 22:26:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516466986        Chase Bank
516466985        HSBC Bank/Wells Fargo
                                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
               dcerra@lawgapc.com,    attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
              William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                               TOTAL: 5
```