Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−30509−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Alan Rosencrantz
   133 Arrowgate Dr.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−9117

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on December 6, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 5
Order Dismissing Case for Debtor (related document:5 Notice of Missing Documents). re: For Failure to File Information. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/6/2016. (smz)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 6, 2016
JJW: smz

                                                   James J. Waldron
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Alan Rosencrantz  
    Debtor

Case No. 16-30509-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2016  
                 Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.
```
db         +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty        +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022
cr         +Arrowgate at Randolph Condominium Association, Inc,    c/o Griffin Alexander, P.C.,
             415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
               dcerra@lawgapc.com, attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
              William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                             TOTAL: 5
```