Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30509−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Alan Rosencrantz
   133 Arrowgate Dr.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−9117

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/29/17 at 10:00 AM

to consider and act upon the following:

*22* − Motion to Reopen Case re: Reinstate Case. Receipt Number 533181, Fee Amount &#036 260. Filed by Chip Dunne on behalf of Steven Alan Rosencrantz. (Attachments: # 1 Certification # 2 Proposed Order) (zlh)

Dated: 8/7/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court