Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30509−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Alan Rosencrantz
   133 Arrowgate Dr.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−9117

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/29/17 at 10:00 AM

to consider and act upon the following:

*22* − Motion to Reopen Case re: Reinstate Case. Receipt Number 533181, Fee Amount &#036 260. Filed by Chip Dunne on behalf of Steven Alan Rosencrantz. (Attachments: # 1 Certification # 2 Proposed Order) (zlh)

Dated: 8/7/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30509-JKS
Steven Alan Rosencrantz                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Aug 07, 2017
                               Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db             +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty            +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
               dcerra@lawgapc.com, attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
              William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                             TOTAL: 5