UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 13,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Steven Alan Rosencrantz

| | |
|---|---|
| Case Number: | 16-30509 |
| Hearing Date: | August 29, 2017 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

**ORDER REOPENING AND REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by Debtor and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reopened and reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*