UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: 16-30509
Steven Alan Rosencrantz    Chapter: 7
    Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __April 24, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    72 Midland Ave
East Orange, NJ 07017
Value : $200,000.00

Liens on property:    Chase Bank
$200,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Nancy Isaacson
Address:    75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701
Telephone No.:    (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30509-JKS
Steven Alan Rosencrantz                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1              Date Rcvd: Mar 26, 2018
                          Form ID: pdf905       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
```
db            +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty           +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022
cr            +Arrowgate at Randolph Condominium Association, Inc,    c/o Griffin Alexander, P.C.,
               415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
517072768     +Arrowgate at Randolph,    Condominium Assoc. Inc.,    c/o Griffen Alexander PC,
               415 Rte. 10 2nd Floor,    Randolph, NJ 07869-2100
517072770     +CitiBank NA as trustee,    for Bear Sterns c/o Power Kirn,    728 Marne Hwy. Ste. 200,
               Moorestown, Nj 08057-3128
517072762     +Discovery,    c/o Pressler and Pressler LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517072772     +GE Capital Retail Bank,    c/o Encore Receivable Mgt.,    400 N. Rodgers Rd. POB 3330,
               Olathe, KS 66063-3330
517072763     +HSBC,    c/o Shapiro & DeNardo LLC,    14000 Commerce Parkway,    Ste. B,
               Mount Laurel, NJ 08054-2242
517072771     +JP Morgan Chase Bank,    c/o Allied Interstate Cardmembers,    P.O. Box 15548,
               Wilmington, DE 19886-5548
517072764     +National Assoc.,    for Wells Fargo,    c/o Sharpiro & DeNardo, LLC,
               14000 Commerce Pkwy. Ste. B,    Mount Laurel, NJ 08054-2242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:20      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:17      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517072767     +E-mail/Text: fggbanko@fgny.com Mar 27 2018 00:04:47      CitiBank, N.A.,
               c/o Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517072773     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:10:03      PC Richard & Sons,
               PO Box 960061,    Orlando, FL 32896-0061
517072774     +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2018 00:06:28      Select Portfolio Inc.,
               PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516466986      Chase Bank
516466985      HSBC Bank/Wells Fargo
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
               dcerra@lawgapc.com, attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                              TOTAL: 5
```