| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2012-3000<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Wilmington Trust, NA successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 | **Order Filed on October 25, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>　　　Steven Alan Rosencrantz | Case No.:　16-30509-JKS<br><br>Hearing Date:　October 23, 2018 at 10:00 a.m.<br><br>Judge:　Honorable John K. Sherwood<br><br>Chapter:　7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorney for Select Portfolio Servicing, Inc. servicing agent for Wilmington Trust, NA successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

[X]  Real property more fully described as: 72 Midland Avenue, East Orange, NJ 07017

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

[ ]  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Alan Rosencrantz  
    Debtor

Case No. 16-30509-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 25, 2018  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db          +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty         +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
           cwohlrab@logs.com, njbankruptcynotifications@logs.com
          David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
           dcerra@lawgapc.com, attorneys@lawgapc.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
           ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          William M.E. Powers    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
           ALT-A Trust 2007-1, Mortgage Pass-Through Certificate ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to
           Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
           Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                             TOTAL: 6
```