Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                   Case No.:  16−30509−JKS
                   Chapter:  7
                   Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Alan Rosencrantz
   133 Arrowgate Dr.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−9117

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Nancy Isaacson, Chapter 7 Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 4/23/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: April 1, 2019
JAN: NI

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Alan Rosencrantz  
     Debtor

Case No. 16-30509-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Apr 01, 2019  
                      Form ID: 170     Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db             +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty            +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022
cr             +Arrowgate at Randolph Condominium Association, Inc,    c/o Griffin Alexander, P.C.,
                 415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
517072768      +Arrowgate at Randolph,    Condominium Assoc. Inc.,    c/o Griffen Alexander PC,
                 415 Rte. 10 2nd Floor,    Randolph, NJ 07869-2100
517072770      +CitiBank NA as trustee,    for Bear Sterns c/o Power Kirn,    728 Marne Hwy. Ste. 200,
                 Moorestown, Nj 08057-3128
517072762      +Discovery,    c/o Pressler and Pressler LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517072772      +GE Capital Retail Bank,    c/o Encore Receivable Mgt.,    400 N. Rodgers Rd. POB 3330,
                 Olathe, KS 66063-3330
517072763      +HSBC,    c/o Shapiro & DeNardo LLC,    14000 Commerce Parkway,    Ste. B,
                 Mount Laurel, NJ 08054-2242
517072771      +JP Morgan Chase Bank,    c/o Allied Interstate Cardmembers,    P.O. Box 15548,
                 Wilmington, DE 19886-5548
517072764      +National Assoc.,    for Wells Fargo,    c/o Sharpiro & DeNardo, LLC,
                 14000 Commerce Pkwy. Ste. B,    Mount Laurel, NJ 08054-2242
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517072767      +E-mail/Text: fggbanko@fgny.com Apr 02 2019 00:33:02      CitiBank, N.A.,
                 c/o Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517072773      +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 00:36:39      PC Richard & Sons,
                 PO Box 960061,    Orlando, FL 32896-0061
517072774      +E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2019 00:34:55      Select Portfolio Inc.,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516466986       Chase Bank
516466985       HSBC Bank/Wells Fargo
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc.
               dcerra@lawgapc.com,    attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              William M.E. Powers    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
               ALT-A Trust 2007-1, Mortgage Pass-Through Certificate ecf@powerskirn.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 01, 2019
                              Form ID: 170             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                                                                                  TOTAL: 6