| | |
|---|---|
| UNTIED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM ROWE SMITH & DAVIS LLP<br>75 LIVINGSTON AVE.<br>ROSELAND, NJ 07068<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Chapter 7 Trustee | **Order Filed on April 25, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>ROSENCRANTZ, STEVEN ALAN<br><br><br><br>Debtor | Case No.:<br><br>Hearing Date:<br><br>Judge:<br><br>Chapter: | 16-30509-JKS<br><br>April 23, 2019<br><br>JKS<br><br>7 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | | ☐ Modified |

## ORDER OF DISMISSAL

The relief set forth on the following
    **DATED: April 25, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Nancy Isaacson_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Steven Alan Rosencrantz
    Debtor

Case No. 16-30509-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 25, 2019
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db          +Steven Alan Rosencrantz,    133 Arrowgate Dr.,    Randolph, NJ 07869-5221
aty         +Chip Dunne,    Dunne & Associates, LLC,    683 Kearny Avenue,    Kearny, NJ 07032-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-8 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
         David S. Cerra    on behalf of Creditor    Arrowgate at Randolph Condominium Association, Inc. dcerra@lawgapc.com,    attorneys@lawgapc.com
         Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificate dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
         William M.E. Powers    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificate ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Wilimington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-1, Mortgage Pass-Through Certificat ecf@powerskirn.com
                                                                                                                           TOTAL: 6